UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARIEL SUAREZ ROSQUEDA,

      Petitioner,

v.

                                      Case No.:  2:26-cv-01418-SPC-NPM

TODD M. LYONS *et al.*

      Respondents,

_____/

## OPINION AND ORDER

Before the Court is Ariel Suarez Rosqueda's Petition for Writ of Habeas Corpus (Doc. 1).  Suarez Rosqueda claims the respondents have detained him in violation of his right to due process.  But the petition is unsigned. "Application for a writ of habeas corpus shall be in writing *signed and verified* by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242.

Accordingly, it is **ORDERED**:

Suarez Rosqueda's petition is **DISMISSED without prejudice**. Suarez Rosqueda may file a signed and verified amended petition within **21 days** of this order.  Otherwise, the Court will enter judgment and close this case without further notice.

**DONE AND ORDERED** in Fort Myers, Florida on May 1, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record